## W. W. Hooper, Appellee, v. Edna Thoma, Appellant.
### (Not to be reported in full.)

Appeal from the Circuit Court of Christian county; the Hon. JAMES C. McBRIDE, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed December 27, 1913.

### Statement of the Case.

Bill by W. W. Hooper against Edna Thoma to foreclose a mechanic's lien in the sum of $598.70 for labor and materials furnished under a verbal contract with defendant. The cause was referred to a special master and the master reported the evidence with a finding that complainant was entitled to a lien for $413.09. When the taking of the evidence was begun the defendant made a tender of $236.25 and the costs to that time. After the report of the master was filed, the complainant accepted the tender as part payment and upon the hearing before the court the report of the master was approved and a decree rendered in favor of complainant for the balance, $176.81. To reverse the decree, defendant appeals.

J. E. HOGAN, for appellant.

J. L. DRENNAN and J. J. BULLINGTON, for appellee.

MR. JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

MECHANICS' LIENS, § 196*—*when decree sustained by the evidence.* On bill to foreclose a mechanic's lien for labor and materials furnished under a verbal contract, where the evidence was conflicting on the questions as to the number of hours of work furnished and as to whether the complainant was authorized to purchase the materials used at his own expense instead of having them charged to the defendant, a decree in favor of complainant, *held* sustained by the evidence.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.